IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RUBEN R. HURTADO, JR.,            )
                                  )   2:09-cv-01508-GEB-EFB
          Plaintiff,              )
                                  )   DISMISSAL ORDER
     v.                           )
                                  )
WASHINGTON MUTUAL BANK, FA, a     )
Washington Corporation; CALIFORNIA)
RECONVEYANCE COMPANY, a California)
Corporation,                      )
                                  )
          Defendants.             )
_____)
```

On October 9, 2009 Plaintiff's counsel John W. Villines ("Villines") was ordered to pay sanctions by October 20 for failing to respond to an Order to Show Cause. Villines was also required to submit proof of payment of the sanction to chambers "within five (5) days of payment." Proof of payment has not been provided. The October 9, 2009 Order also required Plaintiff and Villines to show cause in a filing due no later than 4:00 p.m. on October 15, 2009, why sanctions should not be imposed for their failure to file a second status report for the status conference, and Plaintiff was required to explain and "why this action should not be dismissed because of [Plaintiff's] failure to comply with two orders requiring that a

1  status report be filed."  No response has been filed.  Therefore, this
2  action is dismissed.

3  Dated:  October 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge